

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Terrell Dewayne Dopson, Appellant

No. 06-18-00028-CR      v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR17-165). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to indicate Dopson pled "true" to the revocation allegations. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Terrell Dewayne Dopson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 8, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk